IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENDELL J. KARONKA, individually and on behalf of similarly situated individuals** | § § § § | |
| **Plaintiff** | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02891 |
| **ASUKA BLUE INVESTMENT, LLC AND YOSHITOMO, INC. d/b/a ATAMI STEAK AND SUSHI** | § § § § § | |
| **Defendants** | § § | |

**UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE FOR YOSHITOMO, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, Yoshitomo, Inc. and their respective counsels that defendant, Yoshitomo, Inc. d/b/a Atami Steak and Sushi is voluntarily dismissed from this case without Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees. Plaintiff's claims against Defendant Asuka Blue Investment, LLC remains in this lawsuit.

Respectfully submitted,

**TRAN LAW FIRM**

_/s/ Trang Q. Tran_
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF and similarly situated individuals**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on September 19, 2023, to all counsel of record via the Court's CM/ECF system.

_/s/ Trang Q. Tran_
Trang Q. Tran

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Defendant's attorney on September 19, 2023, and Defendant Yoshitomo has agreed to and is unopposed to Movant's request under this motion.

_/s/ Trang Q. Tran_
Trang Q. Tran

_Unopposed Motion for Dismissal Without Prejudice for Yoshitomo, Inc._