United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDELL J KARONKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02891 |
| | § | |
| ASUKA BLUE INVESTMENT, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice (Dkt. No. 56). In accordance with that Stipulation and Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE. Accordingly, the Clerk is directed to CLOSE this case.

It is so ORDERED.

SIGNED on August 20, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge